The People of the State of Illinois ex rel. Andrew Russell, appellee, v. Illinois State Bank of Crete et al., on appeal of William Saller, appellant. Gen. No. 7,107.

Petition for solicitor's fees in suit by receiver against directors of bank. Order allowing fee. Appeal from the Circuit Court of Will county; the Hon. Dorrance Dibell, Judge, presiding. Heard in this court at the April term, 1922. Appeal dismissed. Opinion filed September 7, 1923.

Donovan & Bray and Rathje, Wesemann, Hinckley & Barnard, for appellant. C. S. Deneen, Roy Massena and W. D. Heise, for appellee; Snapp, Heise & Snapp, of counsel.

Mr. Presiding Justice Partlow delivered the opinion of the court.